**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA**

FILED

APR 2 3 2024

BONNIE HACKLER
Clerk, U.S. District Court
By_____
Deputy Clerk

<u>**PRO SE PRISONER CIVIL RIGHTS COMPLAINT**</u>

_Michael Notarnicola_

*Plaintiff's full name (Please print)*

**v.**

Case No. CIV-24-145-RAW

*(To be filled out by Clerk's
Office only)*

_Oklahoma Indigent Defense System_

*Defendant(s)' full name (Please print)*

_MATTHEW R. PRICE (OFFICIAL capacity)_

*For additional names please write "see attached" in the space
above and attach an additional sheet of paper with the full list
of names.* **The names listed in the above caption must be
identical to those contained in Section IV, pursuant to Fed.
R. Civ. P. 10(a).**

---

**NOTICE**

*Federal Rule of Civil Procedure 5.2 and Local Civil Rule 5.3 address the privacy and security
concerns resulting from public access to electronic court files. Under these rules, papers filed with
the court should not contain: an individual's full social security number or full birth date; the full
name of a person known to be a minor; or a complete financial account number. A filing may
include only: the last four digits of a social security number; the year of an individual's birth; a
minor's initials; and the last four digits of a financial account number.*

***Each claim you raise must be properly exhausted.*** *If the evidence shows that you did not fully
comply with an available prison grievance process prior to filing this lawsuit, the court may
dismiss the unexhausted claim(s) or grant judgment against you. See 42 U.S.C. 1997e(a).*

***Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other
materials to the Clerk's Office with this complaint.***

## I.    JURISDICTION

*Indicate below the federal legal basis for your claim, if known.*

☑  42 U.S.C. § 1983 (state, county, or municipal defendants)

☐  Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)

## II.    PLAINTIFF INFORMATION

Michael Notarnicola
_____
Full name                                                      Aliases

117467
_____
Prisoner ID #

McIntosh County Jail
_____
Place of Detention/Incarnation

1425 Industrial Dr
_____
Institutional Address

Eufaula                          OK                    74432
_____
City                                        State                Zip Code

## III.    PRISONER STATUS

*Indicate whether you are a prisoner or other confined person as follows:*

☐  Pretrial detainee
☐  Civilly committed detainee
☐  Immigration detainee
☑  Convicted and sentenced state prisoner
☐  Convicted and sentenced federal prisoner

## IV.    DEFENDANT(S)' INFORMATION

*List the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. Make sure that the defendant(s) listed below are identical to those contained on the first pate. Attach additional sheets of paper as necessary. Do not write on the backs of any additional sheets. See Local Civil Rule 5.2(a).*

Defendant 1:    Oklahoma Indigent Defense System
*Full Name*

Indigent Law Firm.
*Current Job Title*

111 N Peters Ave, Fith Floor P.O. Box 926
*Current Work Address*

Norman                OK            73069
*City*                *State*         *Zip Code*

Defendant 2:    MATTHEW R PRICE (OFFICIAL CAPACITY)
*Full Name*

Indigent Court Appointed Attorny
*Current Job Title*

330 N. 4th St
*Current Work Address*

Muskogee              OK            74401
*City*                *State*         *Zip Code*

## V.    STATEMENT OF CLAIMS

### A.  Claim 1

Date(s) of occurrence: _3-11-24_

Place(s) of occurrence: _Wagnor County Court house_

*State which of your federal constitutional or federal statutory rights have been violated:*

_5'th, 6'th, And 14'th Amendment's_

***Briefly** state the FACTS that support your case.  Provide **a short and plain statement** of how each named defendant was personally involved in the violation of your constitutional rights and why you are entitled to relief from each named defendant.  See Fed. R. Civ. P. 8(a).  Do not cite case law.*

**FACTS:** _See attatchment Labled A.claim1_

### B.  Claim 2

Date(s) of occurrence: _3-11-24_

Place(s) of occurrence: _Wagnor County Jail and MSintosh County Jail_

*State which of your federal constitutional or federal statutory rights have been violated:*

_5'th Amendment, 14'th Amendment_

**FACTS:** _As a dirict Result of my O.I.D.S Attornys Actions I have Been deprived of my LIBERTY without Being provided DUE PROCESS OF The Law This Also Denies me equal protection OF the law I am entiled to relief for each day I am incarcerated following my Due Process BeiNG withheld and will Be sought From O.I.D.S As they are Responsible For There Employees_

# A. Claim 1

Leading up to And throughout the course of my Trial My (O.I.D.S) Oklahoma Indigent Defense System attorny Matthew R. Price did violate my 6'th Amendment Right As it states That in all criminial prosecutions, the Accused Shall enjoy the right to have compulsory process For Obtaining withnesses in his Favor And to have the Assistance of council in his defence. As Mr. Price had Been informed By me of my desire to have Witthesses SUBPONAED and called on my Behalf And the fact that he was my only Avenue to accomplish this and his JOB TO DO SO The fact that he Refused or JusT failed to do so Also intum violated Both my 5'th and 14th Amendment Rights of equal protection and DUE Process And As the 5'th so clearly states that I can not Be denied Due process without Being given Just compensation I Am entitled to relief From Oklahoma Indigent Defence System As Mr Price was opperating in his official capacity As An Employee of O.I.D.S

## VI.    RELIEF REQUESTED

*Briefly state what you want the Court to do for you. Do not make legal arguments or cite cases or statutes.*

I am demanding a Jury trial And would expect the court to overturn my conviction due to these violations. Also Am seeking General Damages in the form of Monetary Compensation Due to mental anguish + pain and suffering as well as false or wrongfull incaration. I Am Also Asking that the court Award punitiave damages to serve As a warning to refrain From similiar conduct By the defendants.

## VII.    PRISONER'S LITIGATION HISTORY

general Damages 4.5 million
punitive Damages 12.5 million.

*The "Three Strikes Rule" bars a prisoner from bringing a civil action or an appeal in forma pauperis in federal court if the prisoner has "on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

Have you brought any other lawsuits in federal court while a prisoner?    ☐ Yes    ☑ No

If yes, how many?  _____

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)
- Did the court assess a "Strike" or find the dismissal a "Prior Occasion" pursuant to 28 U.S.C.1915 (g).

_____

_____

_____

_____

Rev. 07/2019

7

_____
_____
_____
_____
_____
_____

## VIII. PLAINTIFF'S DECLARATIONS:

I declare under penalty of perjury that the foregoing is true and correct. To the best of my knowledge, information, and belief, this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11 of the Federal Rules of Civil Procedure.

I agree to provide the Court Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Court Clerk's Office may result in the dismissal of my case.

_____          4-18-24
_____
*Plaintiff's Signature*                              *Date*

I further declare under penalty of perjury that I placed this complaint in the prison's legal mail system, with the correct postage attached, on the _18_ day of _Apr,_____, 20_24_

_____          4-18-24
_____
*Plaintiff's Signature*                              *Date*

Rev. 07/2019                                                                                                    8