AO450 (Rev. 5/85) Judgement in a Civil Case

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF OKLAHOMA

# JUDGMENT IN A CIVIL CASE

MICHAEL NOTARNICOLA

V.

OKLAHOMA INDIGENT DEFENSE SYSTEM, et al.,

Case Number:   CIV-24-145-RAW-DES

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issued have been tried and the jury rendered its verdict.

X **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard a decision has been rendered.

IT IS ORDERED AND ADJUDGED

```
In accordance with the Opinion and Order entered contemporaneously
herewith, the Court hereby enters this Judgment dismissing this action.
```

| 5/8/2024 | Bonnie Hackler |
|---|---|
| Date | Clerk |

s/ A Green
(By) Deputy Clerk